*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
    Aziza Farmonova                 )              Case No. 25–14635–djb
                                   )
                                   )
    Debtor(s).                     )              Chapter: 13
                                   )
                                   )

## Order Requiring Documents

      **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

      It is hereby ORDERED that:

      1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

        Documents and Deadline

        Means Test Calculation 122C–2 Due 11/28/25
        Plan Due 11/28/25
        Schedules A/B Due 11/28/25
        Schedules C Due 11/28/25
        Schedules D Due 11/28/25
        Schedules E/F Due 11/28/25
        Schedules G Due 11/28/25
        Schedules H Due 11/28/25
        Schedules I Due 11/28/25
        Schedules J Due 11/28/25
        Statement of Attorney Compensation Due 11/28/25
        Statement of Current Monthly Income (122C–1) Due 11/28/25
        Statement of Financial Affairs Due 11/28/25
        Summary of Assets and Liabilities Due 11/28/25

      2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: November 17, 2025                              By the Court

                                                 Derek J Baker
                                                 Judge, United States Bankruptcy Court