**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Aziza Farmonova                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-14635 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of CSMC 2022-NQM6 Trust and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
25 Feb 2026, 14:32:33, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 6ec45eaafc47f410877eee64c52bfb67bbbff8fd0d74f7b6f229008bd23d2d2f