United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-14635-djb |
|---|---|
| Aziza Farmonova | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aziza Farmonova, 4570 Summerhill Dr, Doylestown, PA 18902-8802 |
| cr | + | CSMC 2022-NQM6 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15130218 | + | Central Bucks School District, James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 15129942 | + | Central Bucks School District, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 15129943 | + | Central Bucks School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15072427 | + | Medical Payment Data, 420 Montgomery St., San Francisco, CA 94104-1207 |
| 15072430 | + | Tursunboy Dusbekov, 4570 Summerhill Dr, Doylestown, PA 18902-8802 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 11 2026 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15072425 | + | Email/Text: bnc-capio@quantum3group.com | Jul 11 2026 00:17:00 | Asset Care LLC, 3400 Texoma Pkwy, Ste 300, Sherman, TX 75090-1910 |
| 15107872 | ^ | MEBN | Jul 11 2026 00:15:50 | CSMC 2022-NQM6 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15108035 | ^ | MEBN | Jul 11 2026 00:15:52 | CSMC 2022-NQM6 Trust, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15118580 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2026 00:17:00 | CSMC 2022-NQM6 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15102894 | + | Email/Text: RASEBN@raslg.com | Jul 11 2026 00:17:00 | CSMC 2022-NQM6 Trust, c/o ROBERTSON, ANSCHUTZ, SCHNEID, CRANE, & PARTNERS, PLLC, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA 30004-2001 |
| 15072426 | ^ | MEBN | Jul 11 2026 00:15:49 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15072428 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2026 00:17:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15072429 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2026 00:17:00 | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 10

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 10, 2026 | Form ID: pdf900 | Total Noticed: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Central Bucks School District, c/o Portnoff Law Associates, Ltd., P.O.Box 3020, Norristown, PA 19404-3020 |
| 15108207 | *+ | CSMC 2022-NQM6 Trust, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Aziza Farmonova ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Central Bucks School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor CSMC 2022-NQM6 Trust bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor CSMC 2022-NQM6 Trust rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  Aziza Farmonova** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No.  25-14635-djb** |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

         **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Any wage orders previously entered are **VACATED**.

3.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5.  **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

        (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

        (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6.  If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:  July 10, 2026**          _____
                             **DEREK J. BAKER**
                             **U.S. BANKRUPTCY JUDGE**